IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **13-cv-987-AP**
　　　Bankr. Case No. 12-24741-HRT

**IN RE FLANAGAN ,**
　　　Debtors.
_____

**DAVID R. WHARTON,**

　　　　　Plaintiff/Petitioner,

v.

**JOHN T. FLANAGAN, IV,**

　　　　　Defendant/Appellee.

## ORDER DENYING LEAVE TO FILE INTERLOCUTORY APPEAL

Kane, J.

　　　On April 15, 2013, after the bankruptcy court denied his Motion for Summary Judgment on a challenge to the dischargeability of Defendant's debt, creditor David R. Wharton filed a motion in this court for leave to file an interlocutory appeal. Wharton's Motion failed to disclose that he had missed the deadline for seeking an interlocutory appeal in the bankruptcy court, or that he had simultaneously moved in the bankruptcy court for an extension of time to do so. Flanagan filed a motion to clarify advising me of the bankruptcy court proceedings, and Wharton filed a response. I treated Wharton's response as a renewed Motion for Leave to File Interlocutory Appeal (*see* Minute Order, Doc. 10 (text entry only)) and that renewed Motion is now fully briefed.

　　　Having reviewed the parties' briefs and the various pleadings and orders of the state and bankruptcy court judges attached thereto, I disagree an immediate appeal would materially

advance this already protracted litigation.  The order sought to be appealed merely denied Plaintiff's Motion for Summary Judgment as to the preclusive effect of findings – made by a state court judge in entering default judgment against Defendant – on grounds the findings at issue were not "necessarily adjudicated" in that case.  Judge Tallman is entitled to adjudicate that question to finality before being second-guessed by a federal district court judge. The parties have been at their dispute for nearly five years.  An interlocutory appeal of the preclusion question is unlikely to speed up its formal, or informal, resolution.

The (Renewed) Motion for Interlocutory Appeal (Doc. 2, as modified by the Court's Minute Order dated 5/7/13 (Doc. 10)) is DENIED.

Dated May 23, 2013

                                              **s/John L. Kane**
                                              SENIOR U.S. DISTRICT JUDGE